# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| COVENANT PARTNERS, L.P., | Case No. 14-17568 (SR) |
| Debtor, | |
| GARY F. SEITZ, as Chapter 7 Trustee of the Estate of Covenant Partners, L.P. | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 14-00685 (SR) |
| PETER FRORER et al., | |
| Defendants. | |

## ACCEPTANCE OF SERVICE

In the above-captioned matter, in accordance with FRCP 4( d)(i) made applicable to Adversary Proceedings by FRBP 7004(a)(l), Alan S. Fellheimer, Esquire, hereby accepts service of the Complaint on behalf of Defendants Peter Frorer; Frorer Partners, L.P.; and Frorer Associates, LLC and verify that I am authorized to do so

December 20, 2014

/s/ Alan S. Fellheimer
Alan S. Fellheimer (PA Attorney I.D. 09842)
Two Liberty Place
50 South 16th Street, Suite 3401
Philadelphia, PA 19102
Tel (215) 253-6630
Fax (215) 359-1981
alan@fellheimer.net